RECEIVED
IN LAKE CHARLES, LA

APR 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JULIE A. ASTON | : | DOCKET NO. 2:06 CV 456 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that the Motion to Dismiss [doc. 9] filed on behalf of defendant Alberto Gonzales is DENIED.

The plaintiff, Julie A. Aston, is HEREBY GIVEN NOTICE that the court will consider *sua sponte* whether to dismiss her complaint for failure to state a claim. The plaintiff is hereby granted leave of court to file an Amended Complaint. The plaintiff's Amended Complaint shall be due within 10 calendar days of the docketing of this judgment.

IT IS FURTHER ORDERED that the parties may file responses to the *sua sponte* motion to dismiss. The defendant's response shall be due within 15 calendar days of the filing of the amended complaint. The plaintiff's response shall be due 10 calendar days thereafter. Briefs shall not exceed ten pages in length.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT